■ MARY A. LONG, Individually and as Administratrix of the Estate of DONALD S. LONG, Deceased, Appellant, v ELMHURST MILK AND CREAM CO., INC., et al., Respondents.

We agree with Trial Term that the record does not warrant the drastic relief of striking the answers of the respondents. Mangano, J. P., Gibbons, Niehoff and Lawrence, JJ., concur.